# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CLARENCE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | 1:19-cv-01048-SKO (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>(Doc. 2.)<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, and, though Plaintiff submitted the first page of an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, he has modified the form and not submitted the other pages of it, which is unacceptable.

Accordingly, IT IS HEREBY ORDERED that:

Within twenty-one (21) days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 2, 2019**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

1