UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CLARENCE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>KERNAN, et al.,<br><br>Defendants. | Case No. 1:19-cv-01048-LJO-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS TO PROCEED *IN FORMA PAUPERIS*, AND DISMISSING ACTION WITHOUT PREJUDICE**<br><br>(Docs. 2, 10, 13) |

     Plaintiff Hector Clarence Anderson is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. On July 31, 2019, and August 14, 2019, Plaintiff filed motions to proceed *in forma pauperis*. (Docs. 2, 10.) This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On September 5, 2019, the magistrate judge issued findings and recommendations to deny Plaintiff's motions to proceed *in forma pauperis* because he has three "strikes" under 28 U.S.C. § 1915(g) and fails to show that he is in imminent danger of serious physical injury. (Doc. 13.) Upon Plaintiff's motion, (Doc. 14), the magistrate judge granted Plaintiff an extension of time to file objections to the findings and recommendations. (Doc. 15.) Though the extended deadline has passed, Plaintiff has not filed any objections.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and

recommendations to be supported by the record and proper analysis.

Accordingly, the Court **HEREBY ORDERS** that:

1. The findings and recommendations issued on September 5, 2019, (Doc. 13), be **ADOPTED** in full;
2. Plaintiff's applications to proceed *in forma pauperis*, (Docs. 2, 10), be **DENIED**; and,
3. This action be **DISMISSED** without prejudice to refiling upon prepayment of the filing fee.

IT IS SO ORDERED.

Dated: **November 16, 2019**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE